UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLIED WORLD NATIONAL
ASSURANCE COMPANY,

               Civil Action No. 1:25-cv-09238

       Plaintiff,

  -against-                           ~~PROPOSED~~ ORDER

NEIGHBORHOOD RESTORE HDFC and
BANANA KELLY COMMUNITY
IMPROVEMENT ASSOCIATION, INC.,

       Defendants.
-----------------------------------------------------------X

Upon the Joint Stipulation of the parties, and good cause appearing therefor, it is hereby:

      **ORDERED** that this action is remanded to the Supreme Court of the State of New York, County of New York, under Index No. 656045/2025, pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction; and it is further

      **ORDERED** that the Clerk of Court shall mail a certified copy of this Order to the Clerk of the Supreme Court of the State of New York, County of New York; and it is further

      **ORDERED** that the Clerk of Court shall terminate all motions and close this case.

**SO ORDERED:**


Dated: New York, New York
       November 13, 2025


_____
Hon. Arun Subramanian
UNITED STATES DISTRICT JUDGE